## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DESHOUNA AYOOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-804-D |
| | ) |
| OGE ENERGY CORP. and | ) |
| TEKSYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

It is stipulated and agreed by the parties that this cause of action has been settled and compromised. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DeShouna Ayoola and Defendants OGE Energy Corp. and TEKsystems, Inc. hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendants, with each party to bear their own costs.

SUBMITTED this 14th day of May, 2014.

Respectfully submitted,

*s/ Philip R. Bruce*
Roberta B. Fields, OBA #10805
Philip R. Bruce, OBA #30504
McAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7101
(405) 235-9621
(405) 228-0439 (FAX)
roberta.fields@mcafeetaft.com

philip.bruce@mcafeetaft.com
**ATTORNEYS FOR DEFENDANT, OGE ENERGY CORP.**

*s/ Eva C. Madison*
(*Signed with Permission of Counsel*)
Eva C. Madison
Kim Flanery Coats
LITTLER MENDELSON, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, Arkansas 72701
(479) 582-6100
(479) 582-6111 (FAX)
emadison@littler.com
kcoats@littler.com
**ATTORNEYS FOR DEFENDANT, TEKSYSTEMS, INC.**

*s/ Brice W. Bisel*
(*Signed with Permission of Counsel*)
Brice W. Bisel
Raymond E. Tompkins
Katherine R. Mazaheri
MAZAHERI LAW FIRM, PLLC
3445 W. Memorial Road, Suite H
Oklahoma City, Oklahoma  73134
brice@mazaherilaw.com
ray@mazaherilaw.com
katherine@mazaherilaw.com
**ATTORNEYS FOR PLAINTIFF**

13327610_1